UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Case No. 5:11CV-109-R

BRENDA RODRIGUEZ                                                                                      PLAINTIFF

VS.

UNKNOWN SCHOOL BUS DRIVER
"NATE" , *et al.*                                                                                         DEFENDANTS

# O R D E R

On **August 22, 2011 at 9:45 a.m. CDT,** a **telephonic pretrial conference** will be held in this case to consider the simplification of the issues, the possibility of obtaining admission of facts and documents to avoid unnecessary proof, and such other matters as may aid in the disposition of this action in conformity with the Federal Rules of Civil Procedure. The Court will arrange the conference call.

**IT IS SO ORDERED.**

July 20, 2011

ENTERED BY ORDER OF THE COURT:

THOMAS B. RUSSELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

VANESSA L. ARMSTRONG, CLERK

BY:     /s/ **Kelly P. Harris**
             Deputy Clerk

cc:     Counsel